NO. 07-03-0346-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

OCTOBER 7, 2005
_____

VERNON R. YOUNG, JR., APPELLANT

V.

LEWIS QUALLS, APPELLEE
_____

FROM THE 217TH DISTRICT COURT OF ANGELINA COUNTY;

NO. 31,681-98-12; HONORABLE DAVID WILSON, JUDGE
_____

Before REAVIS and CAMPBELL, JJ.[1]


**ORDER ON REMITTITUR**


Lewis Qualls has filed a remittitur of $87,784.50, conforming to the suggestion in our opinion of September 16, 2005. Accordingly, that portion of the trial court judgment providing that Lewis Qualls recover from Vernon R. Young, Jr. the principal amount of $142,550.00 is reformed to provide that Lewis Qualls recover from Vernon R. Young, Jr. the principal amount of Fifty-Four Thousand, Seven Hundred Fifty-One and 50/100 dollars ($54,751.50), and that portion of the trial court judgment providing prejudgment interest is

_____

[1]Former Chief Justice Phil Johnson was on the panel that heard oral argument. He did not participate in the decision. Tex. R. App. P. 41.1(b).

reformed to provide for prejudgment interest on the principal amount through April 14, 2003 of Twenty-Three Thousand, Five Hundred Five and 64/100 dollars ($23,505.64).  Except as reformed herein, the trial court judgment is affirmed.


James T. Campbell
Justice